**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | Case No.   **4:06CR0672 CDP/TCM** |
| | ) | |
| **ANTHONY McFERRIN,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**REPORT AND RECOMMENDATION**
**OF UNITED STATES MAGISTRATE JUDGE**

In accordance with the Memorandum filed herein,

**IT IS HEREBY RECOMMENDED** that Defendant's Motion to Suppress Statements

[Doc. 15] should be **DENIED** as moot.

**IT IS FINALLY RECOMMENDED** that Defendant's Motion to Suppress Evidence

[Doc. 15 should be **DENIED**.

The parties are advised that they have eleven (11) days in which to file written

objections to this Recommendation and the Memorandum incorporated herein pursuant to

28 U.S.C. § 636(b)(1), unless an extension of time for good cause is obtained, and that

failure to file timely objections may result in waiver of the right to appeal questions of fact.

See **Thompson v. Nix**, 897 F.2d 356 (8th Cir. 1990).

/s/ Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this 26th  day of  February, 2007.